UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILROY JOHNSON,

               Plaintiff,

         -against-                                 **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, P.O. SHAMUS        08 CV 4788 (DAB) (MHD)
SMITH, P.O. FIDEL MOREJON and P.O.s
"JOHN DOE" # 1-5 (said names being
fictitious, as the true names are presently
unknown), Individually and in their Official
Capacities

               Defendants.
------------------------------------------------------------X

STATE OF NEW YORK; COUNTY OF NEW YORK ss:

DAX THOMAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 22, 2008 at 1:15 PM at 100 Church Street, New York, NY 10007

Deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on CITY OF NEW YORK LAW DEPARTMENT, OFFICE OF CORPORATION COUNSEL, therein named, a domestic CORPORATION, by delivering a true copy of each to PHILIP CLARK, ASSISTANT DIRECTOR, OPERATIONS DIVISION, personally. Deponent knew said recipient to be authorized to accept aforesaid documents.

Deponent further states that he describes the person actually served as follows,

| Sex: | Skin Color: | Hair Color: | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| Male | White | Gray | 50 | 6' | 180 |

That at the time of such service deponent knew the person accepting service as PHILIP CLARK, ASSISTANT DIRECTOR, OPERATIONS DIVISION for CITY OF NEW YORK LAW DEPARTMENT, OFFICE OF CORPORATION COUNSEL.

Sworn to me on: May 22, 2008

_____                                         _____
NOTARY PUBLIC                                                 DAX THOMAS

KIM E. RICHMAN
Notary Public, State of New York
No. 02RI6101174
Qualified in New York County
Commission Expires December 19, 2011