UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILROY JOHNSON,

        Plaintiff,

    -against-                          **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, P.O. SHAMUS        08 CV 4788 (DAB) (MHD)
SMITH, P.O. FIDEL MOREJON and P.O.s
"JOHN DOE" # 1-5 (said names being
fictitious, as the true names are presently
unknown), Individually and in their Official
Capacities

        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK; COUNTY OF NEW YORK ss:

DAX THOMAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 28, 2008 at 9:28 AM at 44th Precinct, 2 E. 169th St., Bronx, NY 10452

Deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on P.O. FIDEL MOREJON, SHIELD NUMBER 31831, therein named, INDIVIDUAL, by delivering a true copy of each to P.O. FRIAS, SHIELD NUMBER 4054, personally. Deponent knew said recipient to be AUTHORIZED to accept aforesaid documents.

Deponent further states that he describes the person actually served as follows,

| Sex: | Skin Color: | Hair Color: | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| Male | Brown | Black | 30 | 5'9" | 170 |

That at the time of such service deponent knew the person accepting service as P.O. FRIAS, SHIELD NUMBER 4054.

Sworn to me on: May 28, 2008

_____                             _____
NOTARY PUBLIC                                              DAX THOMAS

KIM E. RICHMAN
Notary Public, State of New York
No. 02RI6101174
Qualified in New York County
Commission Expires December 19, 2011