UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GILROY JOHNSON,

        Plaintiff,

    -against-

THE CITY OF NEW YORK, P.O. SHAMUS SMITH, P.O. FIDEL MOREJON and P.O.s "JOHN DOE" # 1-5 (said names being fictitious, as the true names are presently unknown), Individually and in their Official Capacities

        Defendants.
-------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

08 CV 4788 (DAB) (MHD)

STATE OF NEW YORK; COUNTY OF NEW YORK ss:

DAX THOMAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 28, 2008 at 9:28 AM at 44th Precinct, 2 E. 169th St., Bronx, NY 10452

Deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on P.O. SHAMUS SMITH, SHIELD NUMBER 13390, therein named, INDIVIDUAL, by delivering a true copy of each to P.O. FRIAS, SHIELD NUMBER 4054, personally. Deponent knew said recipient to be authorized to accept aforesaid documents.

Deponent further states that he describes the person actually served as follows,

| Sex: | Skin Color: | Hair Color: | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| Male | Brown | Black | 30 | 5'9" | 170 |

That at the time of such service deponent knew the person accepting service as P.O. FRIAS, SHIELD NUMBER 4054.

Sworn to me on: May 28, 2008

_____
NOTARY PUBLIC

_____
DAX THOMAS

KIM E. RICHMAN
Notary Public, State of New York
No. 02RI6101174
Qualified in New York County
Commission Expires December 19, 20 11