```
United States District Court
Southern District of New York
------------------------------------X
GILROY JOHNSON,
                    Plaintiff,

          -against-                        08 Civ. 4788 (DAB)
                                                ORDER
THE CITY OF NEW YORK, P.O. SHAMUS SMITH,
P.O. FIDEL MOREJON and P.O.s
"JOHN DOE" #1-5 ,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts he is making to identify Defendants P.O.s John Doe #1-5, individually and in their official capacities.

SO ORDERED.

Dated:   New York, New York
         August 13, 2008

*[signature: Deborah A. Batts]*

Deborah A. Batts
United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2008